In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-343 CR


____________________



ROBERT LEE BRIGGS, JR., Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 258th District Court


Polk County, Texas


Trial Cause No. 18153






 MEMORANDUM OPINION 


 Robert Lee Briggs, Jr., appeals from a judgment convicting him of possession of
a controlled substance with intent to deliver and sentencing him to 20 years of
imprisonment. On October 20, 2005, the State filed a motion to dismiss the appeal. By
affidavit of Sergeant Richard L. Bailey, the State shows that Briggs escaped from custody
after filing his notice of appeal and that Briggs did not voluntarily return to custody within
ten days after escaping. The appellant did not respond to the motion. 

 The appellant escaped from custody pending appeal and did not voluntarily return
to custody within ten days. Tex. R. App. P. 42.4. We grant the State's motion to dismiss
the appeal.

 APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered December 7, 2005 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.